**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mario Casillas, et al, | ) | No. CV 04-1370-PHX-DGC |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| American Honda Motor Company, Inc., et al, | ) | |
| Defendants. | ) | |

The parties placed a discovery conference call to the Court on January 6, 2006. Plaintiffs pointed out that the sequence of expert reports and depositions set forth in the Court's Order of January 5, 2006 (Doc. #230) had been changed from the sequence set forth in the Court's Order of October 25, 2005 (Doc. #178). After hearing discussion from the parties, the Court concluded that the schedule established in the January 5, 2006 Order was erroneous. The Court had intended to retain the sequence established in its previous Order. Therefore, the Court will revise the deposition discovery schedule as follows:

1. Plaintiffs shall supplement their existing expert reports to address issues raised by the additional fact discovery permitted in Doc. #230, and shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure with respect to the halogen treatment and cap cost experts, no later than **March 16, 2006.**

2. Plaintiffs shall make their experts available for deposition between **April 14 and May 12, 2006.**

3. Defendants shall provide full and complete expert disclosures, including final expert reports, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **April 14, 2006**.

4. Defendants shall make their experts available for depositions between **May 12 and June 9, 2006**.

5. Rebuttal reports shall not be filed. Nor shall the parties be permitted to supplement the final reports to be disclosed by Plaintiffs on **March 16, 2006** and by Defendants on **April 14, 2006**.

6. Dispositive motions shall be filed on or before **June 16, 2006**. The parties are reminded that the Case Management Order establishes a limit of one motion for summary judgment per side. *See* Doc. #18, ¶ 7(b). The parties are also advised that the Court will not be inclined to grant page extensions. The parties should complete their briefing within the page limits established by the Local Rules.

7. All other terms of the Court's Case Management Order shall remain in effect.

DATED this 11th day of January, 2006.

David G. Campbell
United States District Judge