**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mario Casillas, et al, | ) | No. CV 04-1370-PHX-DGC |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| American Honda Motor Company, Inc., et al, | ) | |
| Defendants. | ) | |

The Court held a discovery conference call on January 24, 2006. On the basis of the conference call,

**IT IS HEREBY ORDERED:**

1. Plaintiffs shall immediately produce to Defendants the witness statements obtained from Mr. Schultz, Mr. Gunther, Ms. Greschowski, and Ms. Pitts. Plaintiffs' counsel stated during the conference call that they did not object to producing the Schultz and Gunther witness statement. The Court concludes that the showing required by Rule 26(b)(3) of the Federal Rules of Civil Procedure has been made with respect to the Greschowski and Pitts witness statements. Therefore, although both parties agree that witness statements can constitute work product, the showing necessary for discovery of this work product has been established and disclosure will be required.

2. On or before January 27, 2006, each party shall disclose to the opposing party the names and addresses of witnesses identified in discovery.

3. In an Order filed on January 5, 2006, the Court stated that discovery in this case is closed. The Court further ordered, however, that additional factual discovery may

1 be conducted with respect to "information and issues raised by" the witnesses and
2 statements identified in the first and second supplemental disclosure statements. *See* Doc.
3 #230. Plaintiffs asked the Court to limit such additional discovery to witnesses identified
4 in the first and second supplemental disclosure statements and other witnesses who had
5 been identified in the litigation as of the Court's Order of January 5, 2006. The Court will
6 not so limit discovery. The intent of the Court's Order was to permit discovery into the
7 information and issues raised by the new witnesses. Some of this discovery may include
8 additional witnesses who have knowledge concerning the information and issues raised
9 in the first and second supplemental disclosure statements. Discovery of such witnesses
10 will be permitted. Discovery is closed as to all other aspects of this case – facts unrelated
11 to the information and issues raised by the new witnesses and statements included in the
12 first and second supplemental disclosure statements.

13   DATED this 24th day of January, 2006.

*[signature]*
David G. Campbell
United States District Judge