**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Casillas, et al, | No. CV 04-1370-PHX-DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| American Honda Motor Company, Inc., et al, | |
| Defendants. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter 30 days from the date of this Order without further leave of Court.

DATED this 27th day of March, 2006.

David G. Campbell
United States District Judge